SAMUEL LIPMAN et al., Copartners, Doing Business under the Name of LIPMAN PAPER Co., Respondents, v. NEW YORK HERALD TRIBUNE, INC., Appellant.— In an action for breach of contract, order denying defendant's motion to vacate a notice of examination before trial of defendant's president reversed, with $10 costs and disbursements, and motion granted, without costs. The notice was served while an examination, pursuant to a prior order, was still in progress. The examination of defendant's president would not be productive, as the record shows that defendant's treasurer, who has been examined under the prior order, has possession of all its contracts. Carswell, Johnston, MacCrate and Schmidt, JJ., concur; Nolan, P. J., dissents and votes to affirm.

∎

WARREN T. MUNROE, an Infant, by WILLIAM T. MUNROE, His Guardian ad Litem, et al., Appellants, v. RUSSELL G. BOOTH et al., as Trustees of Hempstead Number 1 School District, Respondents.— Action by the infant plaintiff to recover damages for personal injuries and by his father for medical expenses and loss of services. The complaint was dismissed during the plaintiffs' case for failure to properly serve the notice of claim. Plaintiffs appeal from the judgment entered thereon. The infant plaintiff, by his guardian ad litem, also appeals from an order denying his motion for permission to serve *nunc pro tunc* upon defendants a notice of claim as of August 12, 1949. Judgment unanimously affirmed, with costs. The notice of claim was not served upon a member of the Board of Education or a trustee or the duly appointed clerk thereof, as provided in section 228 of the Civil Practice Act. Order affirmed, without costs. The motion, made two years and nine months after the date of injury, was not within the time limit set forth in section 50-e of the General Municipal Law. Present — Nolan, P. J., Carswell, Adel, Wenzel and Schmidt, JJ. [See *post*, p. 986.]

∎

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE M. ALLEN, Appellant.— Appeal by defendant from a judgment of the County Court of Kings County, convicting him of attempted sodomy in the second degree. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.